1 

2026 CO 1
 The People of the State of Colorado and Department of Human Services, In Re Petitioners: B.J.S., and Concerning In the Interest of Minor Child: B.B. Respondent: 
No. 25SA204
Supreme Court of Colorado, En Banc
January 12, 2026
 Morgan County District Court Case No. 23JV30009 Honorable Dina M. Christiansen, Judge 
 Attorneys for Department of Human Services: David W. Bute, Assistant County Attorney, Morgan County Fort Morgan, Colorado 
 Attorney for B.J.S.: Josi McCauley, counsel for youth Superior, Colorado 
 Attorneys for B.B.: Henson Law, LLC Patrick R. Henson Denver, Colorado 
 
2

 Attorney for the Morgan County District Court: Honorable Dina M. Christiansen Fort Morgan, Colorado 
 Attorneys for Amici Curiae Office of the Child's Representative and National Association of Counsel for Children: Anna N. Ulrich Sheri Danz Kim Dvorchak Denver, Colorado 
 ORDER DISCHARGED BY OPERATION OF LAW 
 PER CURIAM 
 
3

 ¶1 Chief Justice Marquez, Justice Samour, and Justice Berkenkotter are of the opinion that the order to show cause should be made absolute; whereas Justice Boatright, Justice Hood, and Justice Gabriel are of the opinion that it should be discharged. 
 ¶2 Because the court is equally divided, the order of the lower court is affirmed by operation of law. See C.A.R. 35(b).